United States District Court
Southern District of Texas
**ENTERED**
August 05, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CAMILO CISNEROS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 1:19-CV-075 |
| § | |
| BANK OF AMERICA, N.A., *et al*, § | |
| § | |
| Defendants. § | |

## **ORDER**

On June 27, 2019, Plaintiff Camilo Cisneros filed a notice of voluntary dismissal of this case without prejudice, pursuant to FED. R. CIV. P. 41(a) (Doc. 8).

A case may be dismissed by the plaintiff, without a court order, if the defendants have not yet filed an answer or a motion for summary judgment. FED. R. CIV. P. 41(a)(1)(A). Bank of America filed an answer in state court (Doc. 1, Ex. 5). The filing of an answer in state court precludes the plaintiff from voluntarily dismissing the case in this Court without a court order. *See In re Amerijet Int'l, Inc.*, 785 F.3d 967, 974 (5th Cir. 2015) ("an answer under state law is sufficient to preclude voluntary dismissal by notice").

Accordingly, the Court will consider Cisneros's notice to be a motion for a voluntary dismissal, pursuant to FED. R. CIV. P. 41(a)(2).

The motion is granted. This case is dismissed without prejudice to refiling. This is a final and appealable order which dismisses all claims made against all parties. Each party shall bear its own fees and costs.

SIGNED this 5th day of August, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge